ROGER J. LEO, OSB NO. 73179
Attorney at Law
e-mail: roger@rogerleo.com
520 SW Yamhill, Suite 1025
Portland, OR 97204
tel. (503) 222-1414
fax (503) 274-4773
       Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# Eugene Division

| | |
|---|---|
| OREGON COAST BANK, an Oregon state chartered Bank<br><br>    Plaintiff,<br><br>    v.<br><br>F/V Alister, Official No. 903 821, her engines, tackle, furniture, fixtures and appurtenances,<br><br>    Defendant. | CV. 10-6081.AA<br><br>JUDGMENT<br><br>IN ADMIRALTY |

The above matter came upon application of the Plaintiff Oregon Coast Bank. The Court found that the Plaintiff has taken steps to advertise the sale as provided by this Court's Order and LR 1045-1 more than 96 hours prior to the sale, and that those Affidavits of Publication are of record with the Court. Further, the United States Marshal Service has filed its report, confirming

///

1 - JUDGMENT

Roger J. Leo
Attorney at Law
520 SW Yamhill, Ste. 1025
Portland, OR 97204
503-222-1414
Fax: 503-274-4773

the Sale was made to Plaintiff Oregon Coast Bank on a credit bid of $144,503.79. No party has appeared to contest the regularity of these proceedings, or to file an objection pursuant to LR 1045-6.

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The report of the United States Marshal as to the conduct of the sale is accepted. No timely objection has been filed.

2. Plaintiff Oregon Coast Bank has complied with the publication requirements of LR 1045-1.

3. Plaintiff Oregon Coast Bank is confirmed as the successful bidder at sale, and is ordered to be the Owner of the following property free and clear of any conflicting maritime lien claims:

   A. The fishing vessel *Alister*, Official No. 903 081, her engines, tackle, furniture, fixtures and appurtenances.

   B. The fishing gear owned by the *F/V Alister* located at the Port of Siuslaw in Florence, Oregon and in the Port of Newport in Newport, Oregon, and

   C. The following Oregon Limited Entry Permits:

   > Oregon Limited Entry Permit for Shrimp No. 90004
   > Oregon Limited Entry Permit for Dungeness Crab No. 96331
   >     (now No.96112);
   > Oregon Limited Entry Permit for Troll Salmon No. 60277

Plaintiff Oregon Coast Bank is accordingly deemed the successful purchaser and the Owner of the above property, there having been no appearing claimants who objected to the regularity of these proceedings, or other bidders.

///

2 - JUDGMENT

Roger J. Leo
Attorney at Law
520 SW Yamhill, Ste. 1025
Portland, OR 97204
503-222-1414
Fax: 503-274-4773

4. Plaintiff Oregon Coast Bank's financial entitlement in this matter is reduced by the amount of its bid in the sum of $144,503.79, and the Preferred Ship Mortgage given by Christopher J. Wilson to Plaintiff is partially satisfied in that amount.

5. There are no further legal claims or proceedings pending before this court. This is the final Order in the case, and the Clerk shall issue a Closing Order.

DATED this 8th day of September, 2010

_____
Honorable Ann Aiken
U.S. District Judge

PREPARED AND SUBMITTED BY:

/s/ Roger J. Leo
Roger J. Leo, OSB #73179
Attorney for Plaintiff Oregon Coast Bank
520 SW Yamhill, Ste. 1025
Portland, OR 97204
Tel: 503.222-1414
Fax: 503.274-4773
roger@rogerleo.com

3 - JUDGMENT

Roger J. Leo
Attorney at Law
520 SW Yamhill, Ste. 1025
Portland, OR 97204
503-222-1414
Fax: 503-274-4773